IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-00102-CG |
| ) | |
| LAVELL EVANS, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on July 16, 2021 (Doc. 20) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of possession with intent to distribute Hydrocodone in violation of Title 21, U.S.C., §, 841(a)(1). A sentencing hearing has been scheduled for October 13, 2021 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The Defendant is **ORDERED** to be present for said hearing.

**DONE and ORDERED** this 3rd day of August, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE